RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LANAIR PRITCHETT,                    )
          Plaintiff,                 )
                                     )
                                     )
                                     )
v.                                   )      CIVIL ACTION NO._____
                                     )
                                     ) 2:24-CV-00002-ECM-KFP
                                     )
Sgt Tyler W. Norman                  )
          Defendant.                 )
                                     )
                                     )

A 42 USC§1983 CIVIL RIGHTS COMPLAINT

1.  This is a civil action seeking damages against Defendant for committing acts, under color of law, which deprived Plaintiff of rights secured under the U.S. Constitution, the Alabama Constitution and the laws of the United States.  Defendant deprived the Plaintiff of his constitutional rights and protections against Cruel and Unusual Punishment through violations of due process and equal protection by exihibiting gross negligence, callous disregard, and deliberate indifference.

The Court has jurisdiction of this action under 42 USC§1983 and 28 USC§1343.

2.  This Court also has jurisdiction under 28 USC§1331

3.  Plaintiff is a citizen of the United States of America. Plaintiff is an inmate of the Alabama Department of Corrections

page 1 of 5

at Elmore Correctional Facility at 3520 Marion Spillway Road, Elmore, Alabama 36025. Plaintiff was previously held in custody at Kilby Correctional Facility at 12202 Wares Ferry Road, Montgomery, Alabama 36117.

4. Defendant Sgt Tyler W. Norman is currently employed by the Alabama Department of Corrections and is assigned to post at K lby Correctional Facility at 12202 Wares Ferry Road, Montgomer, Alabama 36117. Mailing address for defendnat is Kilby Correctional Facility, Post Office Box 150, Mt. Meigs, Alabama 36057.

5. Defendant Sgt. Tyler W. Norman was at all times material to this case matter.

6. The accused civil rights violations happened at Kilby Correctional Facility at 12202 Wares Ferry Road, Montgomery, Alabama 36117.

7. The accused civil rights violations occured on September 10th, 2023 at approximately 04:30am.

8. Plaintiff hereby sues the defendant in his both individual and official capacities.

## COUNT I

1. Cruel and Unusual Punishment

Plaintiff states that Defendant Sgt. Tyler W. Norman exhibited

a deliberate indifference and callous disregard to Plaintiffis

physical well being when Sgt. Norman determined to apply physical

force upon the Plaintiff based upon his own conclusion that the

Plaintiff was allegedly in violation of a minor rule infraction.

Defendant Sgt. Tyler W. Norman's Actions caused prolong injury

to the Plaintiff's right arm, shoulder and upper back. Exhibit

B clearly shows that Defendant Sgt. Tyler W. Norman's immediate

supervisor, Warden John Crow, essentially believes that Defendant

Sgt. Tyler W. Norman overreacted to the incident and undue

physical force.  Defendant Sgt. Tyler W. Norman's actions caused Plaintiff to suffer Cruel and Unusual Punishment in violation of the 8th amendment of the Constitution of the United States of America.

## COUNT II

1.    Due Process Violation

Plaintiff states that Defendant Tyler W. Norman exhibited a deliberate indifference, callous disregard and gross negligence to Plaintiff s rights and protections of Due Process afforded by the 5th and 14th Amendments to the Constitution of the United States of America by and through his physical force against the Plaintiff when according to the Defendant's immediate supervisor Warden John Crow states in Exhibit "B" that he disapproved of the disciplinary report and further states that this incident should have been resolved by just a verbal repremand .  Defendant Tyler W. Norman forrent the Plaintiff's rights of due process by forgoing a straight verbal reprimand and by instead going straight to use of physical force.  Plaintiff alleges that he was not afforded due process in allowing him the time and opportunity to simply explain that this was just an incident of misunderstanding (See Exhibit "A" at 14) and that he would gladly comply with any order given.  Rather Defendant Tyler W. Norman reacted with immediate physical force without affording the Plaintiff his rights to due process.

COUNT III

1.  Equal Protection Violation

Plaintiff states that the way that Defendant Sgt. Tyler W. Norman handled the situational incident with the Plaintiff by and through his physical force against the Plaintiff, the Defendant treated the Plaintiff differently than he would have treated other inmates in similar circumstances due to Defendant s prejudiced attitude against the Plaintiff.  Defendant Sgt. Tyler W. Norman physically assaulted the Plaintiff, fired the Plaintiff from his inmate job, moved the Plaintiff to a quarenteed dorm then moved the Plaintiff to a nonquarenteed dorm then had the Plaintiff shipped to a different prison that holds higher level custody inmates a whereby the Plaintiff s placement in such a prison places the Plaintiff s life in jeaporady each and every day that he remains in said prison.  Defendant Sgt. Tyler W. Norman did all of this outside of normal protocol.  Defendant Tyler W. Norman's immediate supervisor Warden John Crow states that this whole situation should have been handled with only a verbal reprimand.  Defendant Sgt. Tyler W. Norman treated this Plaintiff differently than he has treated other inmates in similarly situateddcircumstances in the past and in the present.  Defendant Sgt. Tyler W. Norman thus violated the Plaintiff s rights and protections of Equal Protection in violation of the 9th amendment of the Constitution of the United States of America.

DAMAGES PLEADED FOR

COUNT I - $250,000 Compensatory and $250,000 Punitive and any other

relief that this honorable Court find equitable and just.

COUNT II - $250,000 Compensatory and $250,000 Puniative and any other relief that this honorable Court find equitable and just.

COUNT III - $250,000 Compensatory and $250,000 Punative and any other relief that this Honorable Court finds equitable and just.

Plaintiff seeks all dmages jointly and severally between the defendant's official and personal individual capacities.

Plaintiff seeks a jury trial for the alleged civil rights violations done by the Defendant Tyler W. Norman.

Plaintiff reserves the rights to ammend this complaint and to add other defendants known or unknown to the Plaintiff at the time of this filing.

## PRAYER

WHEREFORE the forgoing allegations, this Plaintiff does pray this honorable Court to find just cause and find the Defendant Tyler W. Norman (Sgt. Tyler W. Norman) guilty of the herein alleged civil rights violations and award the Plaintiff the pleaded for damages.

Dated this 20ᵗʰ day of December, 2023.

Respectfully Submitted,

*Lanair Pritchett*

Lanair Pritchett, Plaintiff
AIS No. 263233
Elmore Correctional Facility
3520 Marion SPillway Road
Elmore, Alabama 36025-1532

LANAIR PRITCHETT
AIS NO. 263233  C1-78A
ELMORE CORRECTIONAL FACILITY
3520 MARION SPILLWAY ROAD
ELMORE, ALABAMA 36025-1532



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
ATTN: HON. CLERK OF THE COURT
1 CHURCH STREET - Suite B-110
MONTGOMERY, ALABAMA 36104

Legal Mail
Elmore CF
Law Library